1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SHAUNA EMERY and JOSEPH KRAFT,      No. 2:10-cv-03270-MCE-JFM

12           Plaintiffs,

13       v.                              <u>ORDER AND MEMORANDUM</u>

14   GENERAL MOTORS, LLC, and DOE 1
     through DOE 10 inclusive,
15
             Defendants.
16

17                        ----oo0oo----

18

19       Through this action, Plaintiffs seek damages for an alleged

20   violation of the Song-Beverly Consumer Warranty Act in connection

21   with the purchase of a car allegedly manufactured by Defendant.

22   However, Plaintiffs have not pled sufficient facts to establish

23   subject matter jurisdiction.

24       It is fundamental that federal courts are courts of limited

25   jurisdiction.  <u>Vacek v. United States Postal Serv.</u>, 447 F.3d

26   1141, 1145 (9th Cir. 2006).  This Court has a duty to ensure that

27   jurisdiction is proper, and may do so sua sponte.

28   ///

                                   1

1   Spencer Enterprises, Inc. v. U.S., 345 F.3d 683, 687 (9th Cir.

2   2003); see also Fed. R. Civ. P. 12(h)(3). Federal courts are

3   presumed to lack jurisdiction. A-Z Int'l v. Phillips, 323 F.3d

4   1141, 1145 (9th Cir. 2003).  As a result, the grounds of

5   diversity jurisdiction must be affirmatively alleged in the

6   pleadings. Amerault v. Intelcom Support Serv., Inc., 16 F. App'x

7   724 (9th Cir. 2001).

8        Plaintiffs assert that jurisdiction is based upon diversity

9   pursuant to 28 U.S.C. § 1332(a).  (Compl. ¶ 4.)  Section 1332(a)

10  requires complete diversity of citizenship between the parties

11  opposed in interest. Kuntz v. Lamar Corp., 385 F.3d 1177, 1181

12  (9th Cir. 2004).  A corporation is a citizen of its state(s) of

13  incorporation and its principal place of business.  28 U.S.C.

14  § 1332(c)(1).  However, a limited liability corporation ("LLC")

15  is a citizen of every state in which its members are citizens.

16  Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899

17  (9th Cir. 2006).

18       General Motors, LLC is the named Defendant in this case.

19  (Compl. 1.)  In their Complaint, Plaintiffs allege only

20  Defendant's state of incorporation and principal place of

21  business.  (Id.)  Because Defendant is an LLC, Plaintiffs must

22  allege the citizenship of all of Defendant's members in their

23  complaint to establish diversity jurisdiction.  Dismissal is

24  appropriate as a result of Plaintiffs' failure to properly plead

25  grounds for jurisdiction.  See Kim-C1, LLC v. Valent Biosciences

26  Corp., No. 1:10-cv-591-AWI-DLV, 2010 WL 2292289 (E.D. Cal. 2010).

27  ///

28  ///

Plaintiffs' Complaint (ECF No. 1) is hereby DISMISSED without prejudice.   The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3